**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

GS HOLISTIC, LLC

Plaintiff,

vs.

COSMO SMOKE SHOP LLC d/b/a COSMO SMOKE SHOP, and GEORGE A. MALEK

Defendants.

Case no. 2:24-cv-09719-JAK(ASx)_

**ORDER RE STATUS CONFERENCE**

On July 27, 2026, an Order issued that granted the Motion of Bruce A. Wilson to Withdraw as Counsel for Defendants George A. Malek and Cosmo Smoke Shop LLC. ("Order" (Dkt. 49). The Order stated that, within 14 days of its issuance, Cosmo Smoke Shop was required to have new counsel enter an appearance on its behalf because, as an entity, it could not represent itself. The Order also stated that if Defendant Malek intended to have that counsel represent him, or if he intended to represent himself, he was required to file a corresponding notice within 14 days of the issuance of the Order. It also required that the parties file a joint status report by August 17, 2026, as to their communications about discovery and other pretrial proceedings, and set a status conference for August 24, 2026. The Order also stated:

> A failure by Malek and Cosmo Smoke Shop LLC to participate in the preparation of the joint report, the failure of Cosmo Smoke Shop LLC to retain counsel as of the time of the status conference, and/or the failure of Malek and/or counsel for Cosmo Smoke Shop LLC and/or Malek, to participate in the status conference, may result in setting an Order to Show Cause as to why the default of either or both Defendants should not be entered for a failure to comply with Court orders.

On August 17, 2026, Plaintiff filed a unilateral status report (Dkt. 50) stating that no counsel had entered an appearance on behalf of Cosmo Smoke Shop LLC, and that there had been no communication from Defendants as to the preparation of the joint status report.

Based on the procedural history of this matter, and that Defendants have been on notice since November 2025 that they may need to engage new counsel in this matter, the status conference will procced as scheduled on August 24, 2026. If by that date, new counsel has entered an appearance for Defendants, that counsel may appear on their behalf. If no new counsel has appeared, Defendant Malek shall appear. Counsel and parties may appear in person or by Zoom. Counsel and parties are directed to the Court's webpage https://apps.cacd.uscourts.gov/Jps/honorable-

john-kronstadt for Zoom webinar information. All persons who appear by Zoom are subject to the standard rules that apply to remote appearances.

As stated in the Order, the purpose of the status conference is to discuss the schedule for further proceedings in this action. A failure by Malek to appear at the status conference as ordered, may result in setting an Order to Show cause as to why the response of Cosmo Smoke Shop LLC to the current Complaint should not be stricken, and the default of either or both Defendants should not be entered for a failure to comply with Court orders.

**IT IS SO ORDERED.**

Dated: August 18, 2026

John A. Kronstadt
United States District Judge

Cc:
George Malek
Cosmo Smoke Shop LLC
307 Wall Street
Los Angeles, CA 90013
george.usa.ca@gmail.com
+1 (562) 644-4764